IN THE SUPREME COURT OF TEXAS

 No. 04-0913

 IN RE SUPPORTKIDS, INC.

 On Petition for Writ of Mandamus

ORDERED:

 Relator's motion for emergency stay, filed October 13, 2004, is
granted. All proceedings in Cause No. 04-08571, styled Wanda McKibben,
Individually and on behalf of All Others Similarly Situated v. Supportkids,
Inc. and Karl E. Hays, in the 255th District Court of Dallas County, Texas,
is stayed pending further order of this Court.

 Done at the City of Austin, this December 14, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk